**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Elizabeth A Heimrich aka Elizabeth Heimrich | CHAPTER 13 |
| Debtor(s) | BKY. NO. 24-13615 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Rocket Mortgage, LLC f/k/a Quicken Loans and index same on the master mailing list.

                                         Respectfully submitted,

/s/ *Denise Carlon*
Denise Carlon
17 Oct 2024, 09:46:44, EDT

                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 627-1322