**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re   ELIZABETH A. HEIMRICH        :
                                      :    Case No:  24-13615
                                      :    Chapter:  13
          **Debtor**                  :

## ORDER OF COURT

AND NOW, upon consideration of the above Debtor's Motion for Extension of Time to File Chapter 13 Statement, Schedules and Plan,

IT IS HEREBY ORDERED that Debtor's Motion is granted and Debtor shall file the said documents on or before November 5, 2024.

BY THE COURT,

10/25/24

*Patricia M. Mayer*
_____
U.S. Bankruptcy Judge
Hon. Patricia M. Mayer