**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: Elizabeth A Heimrich, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 24-13615 (PMM) |

## Order Denying Motion to Extend Time

**AND NOW,** upon consideration of the Debtor's Motion to Extend Time to File (doc. #15, the "Motion");

AND the Motion being the Debtor's third request to extend the deadline for filing all necessary schedules and documents;

AND on November 7, 2024, the Court having entered an Order granting the Debtor's second such request and specifying that "**NO FURTHER EXTENSIONS WILL BE GRANTED**." Doc. #13 (emphasis in original);

It is therefore hereby **ordered** that the Motion is **denied**.

*Patricia M. Mayer*

**Date: 11/19/24**

PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE