United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 24-13615-pmm
Elizabeth A Heimrich | Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 1
Date Rcvd: Nov 19, 2024      Form ID: pdf900      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 21, 2024:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Elizabeth A Heimrich, 16 W. Center Street, Nazareth, PA 18064-2001 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 21, 2024      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans bkgroup@kmllawgroup.com |
| MARIO J. HANYON | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| ROBERT GLAZER | on behalf of Debtor Elizabeth A Heimrich usbcglazer@gmail.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Elizabeth A Heimrich, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 24-13615 (PMM) |

## Order Denying Motion to Extend Time

**AND NOW,** upon consideration of the Debtor's Motion to Extend Time to File (doc. #15, the "Motion");

AND the Motion being the Debtor's third request to extend the deadline for filing all necessary schedules and documents;

AND on November 7, 2024, the Court having entered an Order granting the Debtor's second such request and specifying that "**NO FURTHER EXTENSIONS WILL BE GRANTED**." Doc. #13 (emphasis in original);

It is therefore hereby **ordered** that the Motion is **denied**.

**Date: 11/19/24**

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**