**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

In re   ELIZABETH A. HEIMRICH           :       Case No:  24-13615 pmm
                                        :       Chapter 13
                    Debtor              :

**CERTIFICATE OF SERVICE**

I, Robert Glazer, Esq., hereby certify that service of the **Notice of Rescheduled 341 Meeting** was made upon all interested parties, including any creditors listed on the Matrix, any creditor that filed for notice on Pacer, the Chapter 13 Trustee and the United States Trustee by either electronic filing, if available, or first class mail, postage prepaid on the date set forth below upon the following:

Alfred S. Pierce, Esq
124 Belvidere St.
Nazareth, PA 18064

Borough of Nazareth
124 Belvidere St.
Nazareth, PA 18064

Brock & Scott, PLLC
2011 Renaissance Blvd., Suite 100
King of Prussia, PA 19406

Commonwealth of PA, Individual Inh Tax
6th Floor, Strawberry Square
Dept 28061
Harrisburg, PA 17128

Department of Public Welfare, TPL Casualty
P.O. Box 8486
Willow Oak Bldg.
Harrisburg, PA 17105

Pennsylvania Department of Revenue
Bankruptcy Division
PO Box 280946
Harrisburg, PA 17128-1041

Rocket Mortgage, LLC
F/K/A Quicken Loans
1050 Woodward Ave
Detroit, MI 48226

United States of America c/o US Attorney
U.S. Department of Justice
615 Chestnut St
Philadelphia, PA 19106

Covered Care
c/o Westlake Portfolio Mgmt
3440 Flair Drive Lockbox #841637
El Monte, CA 91731-2823

Rocket Mortgage, et al.
c/o Brock and Scott, PLLC
Attorneys at Law
3825 Forrestgate Dr.
Winston-Salem, NJ 27103-2930

Rocket Mortgage, LLC f/k/a Quicken Loans
c/o Mario J. Hanyon
Brock & Scott , PLLC
302 Fellowship Road, Suite 130
Mount Laurel, NJ 08054-1218

Rocket Mortgage, LLC f/k/a Quicken Loans
c/o KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Rocket Mortgage, LLC, f/k/a Quicken Loans
c/o Denise Elizabeth Carlon
KML Law Group, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106-1541

Brock & Scott, PLLC
6701 Carmel Road, Suite 315
Charlotte, NC 28226-4035

Rocket Mortgage, LLC
635 Woodward Avenue
Detroit, MI 48226-3408

Commonwealth of Pennsylvania
c/o Brenda S. Bishop
15th Floor, Strawberry Square
Harrisburg, PA 17120-0001

Merrick Bank
Resurgent Capital Services
PO Box 10368
Greenville, SC 29603-0368

                                        Respectfully submitted,

                                        **McLaughlin & Glazer**

Date: January 22, 2025                  /S/ Robert Glazer_____
                                        Robert Glazer, Esq.
                                        Attorney for Debtor
                                        Attorney ID No: 30234
                                        26 N. Third Street
                                        Easton, PA 18042
                                        610-258-5609
                                        610-258-4353 (fax)
                                        usbcglazer@gmail.com