**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | |
|---|---|
| In Re: | : |
| ELIZABETH A HEIMRICH, | : Bankruptcy No. 24-13615-pmm |
|    Debtor | : Chapter 13 |
| Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. | : |
|    Movant | : |
| | : |
|    v. | : |
| ELIZABETH A HEIMRICH | : 11 U.S.C. §362 and §1301 |
| Ralph M. Heimrich | |
|    and | |
| SCOTT F. WATERMAN [Chapter 13], ESQUIRE (TRUSTEE) | |
|    Respondent(s) | : |

**CERTIFICATION OF NO ANSWER REGARDING ROCKET MORTGAGE, LLC F/K/A QUICKEN LOANS, LLC F/K/A QUICKEN LOANS INC.'S**
**MOTION FOR RELIEF FROM STAY (DE 29)**

The undersigned hereby certifies that, as of February 4, 2025, the undersigned has received no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay.

The undersigned further certifies that I have reviewed the Court's docket in this case and no answer, objection or other responsive pleading to the Movant's Motion for Relief from Stay. Pursuant to the Notice of Motion, objections to the Movant's Motion were to be filed and served before January 17, 2025.

It is hereby respectfully requested that the Order attached to the Motion be entered at the earliest convenience of the Court.

Dated: February 5, 2025          Respectfully submitted,

                                    Brock & Scott, PLLC

                                    */s/Andrew Spivack*
                                    Andrew Spivack, PA Bar No. 84439
                                    Matthew Fissel, PA Bar No. 314567
                                    Mario Hanyon, PA Bar No. 203993

Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Ryan Srnik, PA Bar No. 334854
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA (Reading)**

| | | |
|---|---|---|
| In Re: | : | |
| **ELIZABETH A HEIMRICH,** | : | Bankruptcy No. 24-13615-pmm |
| Debtor | : | Chapter 13 |
| **Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc.** | : | |
| Movant | : | |
| | : | |
| v. | : | |
| **ELIZABETH A HEIMRICH** | : | 11 U.S.C. §362 and §1301 |
| Ralph M. Heimrich | | |
| and | | |
| **SCOTT F. WATERMAN [Chapter 13], ESQUIRE (TRUSTEE)** | | |
| Respondent(s) | : | |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that a true and exact copy of the foregoing Certification of No Answer has been electronically served or mailed, postage prepaid on February 6, 2025 to the following:

ELIZABETH A HEIMRICH
16 W. CENTER STREET
NAZARETH, PA 18064

ROBERT GLAZER, Debtor's Attorney
26 N. Third Street
Easton, PA 18042
usbcglazer@gmail.com


Ralph M. Heimrich, Co-Debtor
16 W. Center Street
Nazareth, PA 18064

SCOTT F. WATERMAN [Chapter 13], Bankruptcy Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Office of United States Trustee, US Trustee
Robert N.C. Nix Federal Building
900 Market Street, Suite 320

Philadelphia, PA 19107

*/s/Andrew Spivack*
Andrew Spivack, PA Bar No. 84439
Matthew Fissel, PA Bar No. 314567
Mario Hanyon, PA Bar No. 203993
Ryan Starks, PA Bar No. 330002
Jay Jones, PA Bar No. 86657
Ryan Srnik, PA Bar No. 334854
Attorney for Creditor
BROCK & SCOTT, PLLC
3825 Forrestgate Drive
Winston Salem, NC 27103
Telephone: (844) 856-6646
Facsimile: (704) 369-0760
E-Mail: PABKR@brockandscott.com
