UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: <br>     Elizabeth A Heimrich <br><br>     Debtor | Chapter 13 <br> Bankruptcy No.24-13615-PMM |

## CERTIFICATE OF SERVICE

    I, Kristen Gliem, do hereby certify that a true and correct copy of the foregoing *Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the above-referenced case has been served this 10th day of March, 2025, by first class mail upon those listed below:

Elizabeth A Heimrich
16 W. Center Street
Nazareth, PA  18064

**Electronically via CM/ECF System Only:**

ROBERT GLAZER ESQ
MCLAUGHLIN & GLAZER
26 N THIRD STREET
EASTON, PA  18042-3643

 

*/s/ Kristen Gliem*
_____
Kristen Gliem
for
Scott F. Waterman, Esquire
Standing Chapter 13 Trustee