United States Bankruptcy Court
Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 24-13615-pmm |
| Elizabeth A Heimrich | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 1 of 3 |
| Date Rcvd: Apr 24, 2025 | Form ID: pdf900 | Total Noticed: 29 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++       Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^        Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Elizabeth A Heimrich, 16 W. Center Street, Nazareth, PA 18064-2001 |
| cr | + | Rocket Mortgage, LLC f/k/a Quicken Loans, LLC f/k/, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14934550 | + | Alfred S. Pierce, Esq, 124 Belvidere St., Nazareth, PA 18064-2114 |
| 14934551 | + | Borough of Nazareth, 124 Belvidere St., Nazareth, PA 18064-2114 |
| 14969374 | + | COMMONWEALTH OF PENNSYLVANIA, C/O Brenda S. Bishop, 15th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14934553 | + | Commonwealth of PA, Individual Inh Tax, 6th Floor, Strawberry Square, Dept 28061, Harrisburg, PA 17128-0001 |
| 14958320 | + | Covered Care c/o Westlake Portfolio Mmgmt, 3440 Flair Drive Lockbox # 841637, El Monte CA 91731-2823 |
| 14958508 | + | Covered Care c/o Westlake Portfolio Mmgmt, 4751 Wilshire Blvd, Suite 100, Los Angeles CA 90010-3847 |
| 14934554 | + | Deparment of Public Welfare, TPL Casualt, P.O. Box 8486, Willow Oak Bldg., Harrisburg, PA 17105-8486 |
| 14937473 | + | Rocket Mortgage, LLC, 1050 Woodward Avenue, Detroit, Michigan 48226-3573 |
| 14947796 | + | Rocket Mortgage, LLC, F/K/A Quicken Loans, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14943505 | + | Rocket Mortgage, LLC, 635 Woodward Avenue, Detroit, MI 48226-3408 |
| 14934555 | + | Rocket Mortgage, LLC F/K/A Quicken Loans, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 14937261 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, c/O DENISE ELIZABETH CARLON, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14937829 | + | Rocket Mortgage, LLC f/k/a Quicken Loans,, LLC f/k/a Quicken Loans Inc., c/o MARIO J. HANYON, Brock & Scott, PLLC, 302 Fellowship Road, Ste 130 Mount Laurel, NJ 08054-1218 |
| 14940268 | + | Rocket Mortgage, LLC f/k/a Quicken Loans, at. el, 635 Woodward Avenue, Detroit MI 48226-3408 |
| 14977778 | + | Selene Finance, Lp, c/o MARIO J. HANYON, Brock & Scott, PLLC, 302 Fellowship Road,, Ste 130 Mount Laurel, NJ 08054-1218 |

TOTAL: 17

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Apr 25 2025 00:04:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 25 2025 00:04:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| cr | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 25 2025 00:04:00 | Commonwealth of Pennsylvania Department of Revenue, Bureau of Compliance, Dept. 280946, Harrisburg, PA 17128-0946 |
| cr | ^ | MEBN | Apr 25 2025 00:01:23 | Rocket Mortgage, LLC f/k/a Quicken Loans, c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + | Email/Text: bkteam@selenefinance.com | Apr 25 2025 00:04:00 | Selene Finance, Lp, 3501 Olympus Boulevard, 5th Floor, Suite 500, Coppell, TX 75019-6295 |
| 14934552 | | Email/Text: EBN@brockandscott.com | Apr 25 2025 00:04:00 | Brock & Scott, PLLC, 2011 Renaissance Blvd., Suite 100, King of Prussia, PA 19406 |
| 14943107 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Apr 25 2025 00:11:59 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14937223 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 25 2025 00:04:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14937472 | + | Email/Text: EBN@brockandscott.com | Apr 25 2025 00:04:00 | Rocket Mortgage ,et al, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14977619 | + | Email/Text: EBN@brockandscott.com | Apr 25 2025 00:04:00 | SELENE FINANCE, LP, C/O Brock and Scott, PLLC, Attorneys at Law, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |
| 14977620 | + | Email/Text: bkteam@selenefinance.com | Apr 25 2025 00:04:00 | Selene Finance, 3501 Olympus Boulevard, 5 th Floor, Suite 500, Coppell, Texas 75019-6295 |
| 14934556 | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 25 2025 00:04:00 | United States of America c/o US Attorney, U.S. Department of Justice, 615 Chestnut St, Philadelphia, PA 19106-4404 |

TOTAL: 12

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14947790 | *+ | Alfred S. Pierce, Esq, 124 Belvidere St., Nazareth, PA 18064-2114 |
| 14947792 | *P++ | BROCK & SCOTT PLLC, 6701 CARMEL ROAD SUITE 315, CHARLOTTE NC 28226-4035, address filed with court:, Brock & Scott, PLLC, 2011 Renaissance Blvd., Suite 100, King of Prussia, PA 19406 |
| 14947791 | *+ | Borough of Nazareth, 124 Belvidere St., Nazareth, PA 18064-2114 |
| 14947793 | *+ | Commonwealth of PA, Individual Inh Tax, 6th Floor, Strawberry Square, Dept 28061, Harrisburg, PA 17128-0001 |
| 14947794 | *+ | Deparment of Public Welfare, TPL Casualt, P.O. Box 8486, Willow Oak Bldg., Harrisburg, PA 17105-8486 |
| 14947795 | * | Pennsylvania Department of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-1041 |
| 14937225 | * | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg, PA 17128-0946 |
| 14947797 | *+ | Rocket Mortgage, LLC F/K/A Quicken Loans, 1050 Woodward Ave., Detroit, MI 48226-3573 |
| 14947798 | *+ | United States of America c/o US Attorney, U.S. Department of Justice, 615 Chestnut St, Philadelphia, PA 19106-4404 |

TOTAL: 0 Undeliverable, 9 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2025        Signature:        /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 24, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| BRENDA SUE BISHOP | on behalf of Creditor Commonwealth of Pennsylvania Department of Revenue bbishop@attorneygeneral.gov |
| DENISE ELIZABETH CARLON | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 3 of 3 |
| Date Rcvd: Apr 24, 2025 | Form ID: pdf900 | Total Noticed: 29 |

on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. bkgroup@kmllawgroup.com

DENISE ELIZABETH CARLON
   on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans bkgroup@kmllawgroup.com

MARIO J. HANYON
   on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. wbecf@brockandscott.com, mario.hanyon@brockandscott.com

MARIO J. HANYON
   on behalf of Creditor Selene Finance  Lp wbecf@brockandscott.com, mario.hanyon@brockandscott.com

ROBERT GLAZER
   on behalf of Debtor Elizabeth A Heimrich usbcglazer@gmail.com

SCOTT F. WATERMAN [Chapter 13]
   ECFMail@ReadingCh13.com

STEPHEN R. STARKS
   on behalf of Creditor Rocket Mortgage  LLC f/k/a Quicken Loans, LLC f/k/a Quicken Loans Inc. ryan.starks@brockandscott.com, wbecf@brockandscott.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 10

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br><br>    Elizabeth A Heimrich<br><br><br>    Debtor | Chapter 13<br><br>Bankruptcy No. 24-13615-PMM |

ORDER DISMISSING CHAPTER 13 CASE

AND NOW, after notice and hearing, it is ORDERED that the case is DISMISSED.

IT IS FURTHER ORDERED that any wage order entered in this case is hereby TERMINATED and the employer shall cease wage withholding immediately.

**Date: April 24, 2025**

_____
PATRICIA M. MAYER
U.S. BANKRUPTCY JUDGE