Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA  19606  

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN  38101-0680  

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025  
**Chapter 13 Case No. 24-13615-PMM**

Elizabeth A Heimrich  
16 W. Center Street  
Nazareth  PA    18064  

Petition Filed Date: 10/10/2024  
341 Hearing Date: 01/07/2025  
Confirmation Date:  

Case Status: Dismissed Before Confirmation on 4/24/2025

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/10/2025 | $1,008.99 | | | | | | | |

**Total Receipts for the Period:  $1,008.99    Amount Refunded to Debtor Since Filing:  $918.18    Total Receipts Since Filing: $1,008.99**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 1 | PA DEPARTMENT OF REVENUE<br>»»  001 | Secured Creditors | $20,219.82 | $0.00 | $0.00 |
| 2 | ROCKET MORTGAGE LLC<br>»»  002 | Mortgage Arrears | $22,163.94 | $0.00 | $0.00 |
| 3 | MERRICK BANK<br>»»  003 | Unsecured Creditors | $3,248.27 | $0.00 | $0.00 |
| 4 | ROCKET MORTGAGE LLC<br>»»  004 | Mortgage Arrears | $43,813.44 | $0.00 | $0.00 |
| 0 | ROBERT GLAZER ESQ | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 5 | WESTLAKE PORTFOLIO MANAGEMENT<br>»»  005 | Unsecured Creditors | $5,820.60 | $0.00 | $0.00 |
| 0 | Elizabeth A Heimrich | Debtor Refunds | $918.18 | $918.18 | $0.00 |

Chapter 13 Case No. 24-13615-PMM

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $1,008.99 | Current Monthly Payment: | $500.00 |
| Paid to Claims: | $918.18 | Arrearages: | $0.00 |
| Paid to Trustee: | $90.81 | Total Plan Base: | $147,264.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.